

**MEMO ENDORSED**

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Judge Katharine H. Parker
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2023

May 12, 2023

Re:   *1:23-cv-1992-KHP Toro v. Suntiger, Inc.*
<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Parker:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for May 17, 2023. Defendant was only recently served on the 9th and has not responded as of the date of this letter. Plaintiff proposes a new date of June 22, 2023, or a date more convenient to the Court.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

---

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Wednesday, May 17, 2023 at 11:15 a.m. is hereby adjourned to <u>Monday, June 26, 2023 at 11:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

05/12/2023