

# Mars Khaimov Law, PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/21/2023
```

**MEMO ENDORSED**

VIA ECF
Magistrate Judge Katharine H. Parker
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

June 21, 2023

Re:   *1:23-cv-01992-JPO-KHP Toro v. Suntiger, Inc.*

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Magistrate Parker:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for June 26th, 2023. The parties are close to reaching a resolution and are hopeful that the conference will not be necessary. Plaintiff requests a one month adjournment and proposes a new date of July 28th, 2023, or a date more convenient to the Court. This is the second time this relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: Robert Freedman, Esq.

---

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday, June 26, 2023 at 11:00 a.m. is hereby adjourned to <u>Wednesday, July 26, 2023 at 10:45 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

06/21/2023